```
                            United States Bankruptcy Court
                             Central District of California
In re:                                                               Case No. 13-17839-ER
Sulma Virginia Medina                                                Chapter 7
          Debtor               CERTIFICATE OF NOTICE
District/off: 0973-2          User: admin                  Page 1 of 3                  Date Rcvd: Jul 22, 2013
                              Form ID: b18                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2013.
db           +Sulma Virginia Medina,    4701 Maine Ave.,    Baldwin Park, CA 91706-2558
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
33609905     +A S C,   PO Box 10328,    DES MOINES IA 50306-0328
33609907     +Creditors Financial Group LLC,    3131 South Vaughn Way Ste.110,    Aurora, CO 80014-3501
33609909     +Equifax,   PO Box 105873,    Atlanta, GA 30348-5873
33609910     +Experian,   Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
33609919      JP Morgan Chase Bank Court Orders/L,    PO Box 183164,    Columbus, OH 43218-3164
33609920     +Kenosian & Miele Attorneys,    8581 Santa Monica Blvd.#17,    West Hollywood, CA 90069-4120
33609921     +L.A. Superior Court,    court case no. 12B06551,    1427 West Covina Pkwy,
               West Covina, CA 91790-2728
33609922     +L.A. Superior Court,    court case no.12B050100,    1427 West Covina Parkway,
               West Covina, CA 91790-2728
33609923     +Law Offices of Jeffrey Fletterick,    4354 Town Center Blvd.Ste.114,    #106,
               El Dorado Hills, CA 95762-7116
33609927     +Select Portfolio Servicing,    10401 Deerwood Park Blvd.,    Jacksonville, FL 32256-5007
33609929     +Transunion Corporation,    Public Records Department,    555 West Adams St.,
               Chicago, IL 60661-3631
33609930     +U.S. Attorneys Office,    Tax Division Rm 2315,    300 N. Los Angeles St.,
               Los Angeles, CA 90053-3336
33609931     +U.S. Justice Dept/Tax Division,    Ben Franklin Station,    PO Box 683 Western Region,
               Washington, DC 20044-0683
33609932     +Westgate Time Share,    2801 Old Winter Garden Rd.,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRGONZALEZ.COM Jul 23 2013 03:48:00      Rosendo Gonzalez (TR),    Gonzalez & Associates,
               530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg           EDI: EDD.COM Jul 23 2013 03:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jul 23 2013 03:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
33609906     +EDI: WFNNB.COM Jul 23 2013 03:48:00      Comenity Bank/ Express,    Attn: Bankruptcy Department,
               PO Box 182125,    Columbus, OH 43218-2125
33609908     +EDI: TSYS2.COM Jul 23 2013 03:48:00      DSNB/Macys,    PO Box 8218,    Mason, OH 45040-8218
33609911      EDI: CALTAX.COM Jul 23 2013 03:48:00      Franchise Tax Board,    Special Procedures,    PO Box 2952,
               Sacramento, CA  95812-2952
33609912     +EDI: RMSC.COM Jul 23 2013 03:48:00      GE Money Bank,    PO Box 981064,    El Paso, TX 79998-1064
33609913     +EDI: RMSC.COM Jul 23 2013 03:48:00      GE Money Bank/Care Credit,    Attn: Bankruptcy Dept.,
               PO Box 103106,    Roswell, GA 30076-9106
33609914     +EDI: RMSC.COM Jul 23 2013 03:48:00      GE Money Bank/Walmart,    Attn: Bankruptcy Dept.,
               PO Box 103104,    Roswell, GA 30076-9104
33609915     +EDI: RMSC.COM Jul 23 2013 03:48:00      GECRB/Gap Card,    Attn: Bankruptcy Dept.,    PO Box 103104,
               Roswell, GA 30076-9104
33609916     +EDI: RMSC.COM Jul 23 2013 03:48:00      GECRB/Sam’s Club,    PO Box 981400,
               El Paso, TX 79998-1400
33609917      EDI: IRS.COM Jul 23 2013 03:48:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
33609918     +EDI: RMSC.COM Jul 23 2013 03:48:00      JC Penney,    PO Box 965008,    Orlando, FL  32896-5008
33609924     +EDI: TSYS2.COM Jul 23 2013 03:48:00      Macy’s,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
33609925     +EDI: TSYS2.COM Jul 23 2013 03:48:00      Macy’s/DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
33609926     +EDI: MID8.COM Jul 23 2013 03:48:00      Midland Funding LLC,    8875 Aero Dr.,    Suite 200,
               San Diego, CA 92123-2255
33609928     +EDI: WTRRNBANK.COM Jul 23 2013 03:48:00      Target National Bank,    c/o Target Credit Services,
               PO Box 1581,    Minneapolis, MN 55440-1581
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-2          User: admin              Page 2 of 3              Date Rcvd: Jul 22, 2013
                              Form ID: b18             Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0973-2           User: admin              Page 3 of 3                  Date Rcvd: Jul 22, 2013
                               Form ID: b18             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2013 at the address(es) listed below:
    Jasmine    Firooz    on behalf of Debtor Sulma Virginia Medina jasminefirooz@gmail.com,
     yasi29@yahoo.com
    Kristin S Webb    on behalf of Interested Party    Courtesy NEF bknotice@rcolegal.com
    Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, dgomez@gonzalezplc.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                    TOTAL: 4

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Sulma Virginia Medina
aka Zulma V. Medina, aka Sulma Martinez

**BANKRUPTCY NO.** 2:13−bk−17839−ER

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−6692
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 7/22/13

**Address:**
4701 Maine Ave.
Baldwin Park, CA 91706

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: July 22, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

13 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.